UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

RUSSELL F. SMITH, JR.,

    Plaintiff,

v.

GREAT-WEST LIFE ASSURANCE COMPANY,

    Defendant.

Case No. 2:09-CV-00955
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Elizabeth P. Deavers

## ORDER

The Court will hold a telephonic **STATUS CONFERENCE** on **FRIDAY JANUARY 18, 2013 at 10:00 a.m.** Chambers will initiate the call.

**IT IS SO ORDERED.**

1-17-2013
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE