# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

RUSSELL F. SMITH, JR.,

    Plaintiff,

v.

GREAT-WEST LIFE ASSURANCE COMPANY,

    Defendant.

Case No. 2:09-CV-00955
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Elizabeth P. Deavers

## ORDER

On January 18, 2013, this matter came before the Court for a telephone status conference. As discussed at the conference, the March 11, 2013 trial date is **VACATED**. The trial date is **RESET** for **MONDAY, APRIL 15, 2013**. Accordingly, Defendant's Motion to Postpone Trial Date is **GRANTED**. (ECF No. 46.) Pursuant to the January 10, 2013 Scheduling Order, the Court will hold a Settlement Conference on January 29, 2013. The Court will reset the remaining deadlines to reflect the alteration in the trial date.

**IT IS SO ORDERED.**

1-18-2013
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE