UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

RUSSELL F. SMITH, JR.,

    Plaintiff,

v.

GREAT-WEST LIFE ASSURANCE
COMPANY,

    Defendant.

Case No. 2:09-CV-00955
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Elizabeth P. Deavers

### ORDER

This matter came before the Court for a settlement conference on January 29, 2013. During the conference, the parties were able to reach an agreement. Accordingly, the trial date and existing deadlines in this case are **VACATED**. The parties are **DIRECTED** to submit a dismissal entry within **THIRTY (30) DAYS**.

    **IT IS SO ORDERED.**

1-29-2013
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE